

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER ON MOTION

Appellate case name:        In the Interest of K.M., Jr., A Child;

Appellate case number:     01-19-00285-CV

Trial court case number:    2017-04805J

Trial court:                315th District Court of Harris County

On April 9, 2019, appellant, D.M., through counsel, filed a notice of appeal from the trial court's April 8, 2019 final decree for termination in the underlying trial court cause number 2017-04805J, involving K.M., Jr., a male child, which was assigned by the Clerk's Office to appellate cause number 01-19-00285-CV. On that same day, D.M. also filed a notice of appeal, through counsel, from the trial court's April 8, 2019 final decree for termination in the trial court cause number 2018-01409J, involving K.M., a female child, which was assigned by the Clerk's Office to appellate cause number 01-19-00286-CV.

On April 22, 2019, Steven B. Frazier, counsel for appellant, D.M., filed this unopposed motion for consolidation. Appellant seeks to consolidate this appellate cause number 01-19-00285-CV with the related appellate cause number 01-19-00286-CV because they are companion cases and were tried together on March 18 and 20, 2019.

However, even though these appeals were filed by the same appellant, D.M., they involve different trial court cause numbers and different children, and the clerk's records were already filed in this Court on April 18, 2019, for each case. Furthermore, because both of the reporter's records are scheduled to be filed by the same reporter on April 29, 2019, appellant's counsel may file one brief for both appeals and this Court may decide to submit the two appeals together and, if this Court permits argument, they may be argued together, all without the need for consolidation.

Accordingly, the Court **DENIES** appellant's motion for consolidation.

It is so ORDERED.

Judge's signature: __/s/ Laura C. Higley_____
                        x  Acting individually    ☐  Acting for the Court

Date: __April 25, 2019_____